# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129559

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DONALD C. AUSTIN, M.D.,
        Plaintiff-Appellant,

v

                              SC: 129559
                              COA: 259481

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,
        Defendant-Appellee.
                              Wayne CC: 04-414591-CZ

_____/

       On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221